IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAREN ARNOLD AND ROBERT　　　　　　　:
ARNOLD,　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiffs,　　　　　:　　　CIVIL ACTION NO. 16-4382
　　　　　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
IRISH BRED PUB CONCEPTS CO. d/b/a　　　:
IRISH BRED PUB,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendant.　　　　　:

**ORDER**

**AND NOW**, this 28th day of November, 2016, the court having entered an order

requiring the plaintiffs to show cause why the court should not dismiss without prejudice their

claims against the defendant, Irish Bred Pub Concepts Co. d/b/a Irish Bred Pub, on November 9,

2016, due to their failure to timely effect service of process under Rule 4(m) of the Federal Rules

of Civil Procedure (Doc. No. 3); and the plaintiffs having failed to file a response or otherwise

communicate with the court in response to the order to show cause; and for the reasons set forth

in the separately-filed memorandum opinion; accordingly, it is hereby **ORDERED** that the

plaintiffs' claims against the defendant, Irish Bred Pub Concepts Co. d/b/a Irish Bred Pub, are

**DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the clerk of court shall mark this matter as

**CLOSED.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/ *Edward G. Smith*
　　　　　　　　　　　　　　　　　　　　EDWARD G. SMITH, J.